# TAYLOR & COHEN LLP

305 Broadway, 7th Floor New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

Janaury 3, 2023

**Electronically Filed**

Hon. LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4H North
Brooklyn, New York 11201

      Re: *Hanyzkiewicz v. Arkadium, Inc.*, No. 22-cv-7513 – Request for extension of time to respond to the Complaint

Dear Judge DeArcy Hall:

    We are counsel to Defendant Arkadium, Inc. We write to request an extension of time for Arkadium to respond to the complaint. Arkadium's response is due on January 9. We request an extension until February 9, 2023 so that the parties can explore settlement of the matter. Plaintiff's counsel does not object to the requested extension.

    This is Arkadium's first request for an extension. There is not yet a scheduling order in the case.

Respectfully submitted,

Robert Cohen